IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HALLOCKSHANNON, PC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:20-cv-714-AJS |
| v. | ) | |
| | ) | |
| CITIZENS & NORTHERN CORP. *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**FNB DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants First National Bank of Pennsylvania and F.N.B. Corp. (collectively, the "FNB Defendants"), by and through undersigned counsel, respectfully move to dismiss Plaintiff's Complaint in accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure. The reasons and authorities supporting this Motion are set forth in the FNB Defendants' accompanying brief in support, which is incorporated by reference.

August 21, 2020

Respectfully submitted,

**BLANK ROME LLP**

*/s/ Roy W. Arnold*
Roy W. Arnold (PA I.D. 70544)
Joseph E. Culleiton (PA I.D. 82823)
Shawna J. Henry (PA I.D. 316881)
501 Grant Street, Suite 850
Pittsburgh, PA 15219
Phone: (412) 932-2800
Facsimile: (412) 932-2777
rarnold@blankrome.com
jculleiton@blankrome.com
shenry@blankrome.com

*Counsel for Defendants First National
Bank of Pennsylvania and F.N.B. Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August 2020, the foregoing FNB Defendants' Motion to Dismiss Plaintiff's Complaint was served upon all counsel of record via the electronic filing system.

/s/ Roy W. Arnold
Roy W. Arnold